## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RANDALL D. ROBERTS**                                                              **PLAINTIFF**

**VS.**                                      **4:16-CV-00513-BRW-PSH**

**NANCY A. BERRYHILL, Acting Commissioner**
**of the Social Security Administration**                                          **DEFENDANT**

### ORDER

The unopposed Motion to Reverse and Remand (Doc. No. 11), in which Defendant

requests that the case be reversed and remanded for further proceedings under "sentence four,"[1]

is GRANTED.  Accordingly, this case is DISMISSED and REMANDED for further proceedings

under "sentence four."[2]

Dismissal of this case is without prejudice to Plaintiff's subsequent filing of a motion for

attorneys' fees and expenses under the Equal Access to Justice Act.

IT IS SO ORDERED this 2nd day of March, 2017.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See 43 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

[2] *Id.*